## Donald SIMMONS *v.* STATE of Arkansas

CR 04-313                                            159 S.W.3d 312

### Supreme Court of Arkansas
### Opinion delivered April 15, 2004

*Alvin Schay*, for appellant.

No response.

PER CURIAM. Appellant Donald Simmons, by and through his attorney, has filed a motion for belated appeal. His attorney, Alvin Schay, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.